PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

United States Courts
Southern District of Texas
FILED

MAY 0 2 2023

Nathan Ochsner, Clerk of Court

## IN THE UNITED STATES DISTRICT COURT
## FOR THE ~~Houston~~ DISTRICT OF TEXAS
## ~~Southern~~ DIVISION

_Hava Fischbein_ _P.O.Box 1151_
Plaintiff's Name and ID Number _Lake Worth Beach, Fl 33460_

_West Tx Care Center._
Place of Confinement

CASE NO. __4:23-cv-1666__
(Clerk will assign the number)

v.

_Donald Trump & N.Y. Officiating Nw). DC_
Defendant's Name and Address

_Joe Biden      Nw. DC_
Defendant's Name and Address

_District of Russia & D.C Conspirators._
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

NOTICE: _Inquiry By Law STATES :_

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1.  To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.   PREVIOUS LAWSUITS:

    A.   Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? √ YES ___ NO

    B.   If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

      1.   Approximate date of filing lawsuit: ~~Oct 24th 2022~~

      2.   Parties to previous lawsuit:
        Plaintiff(s) Brandon & Cardii B. Bankxxx$ Group! LLB, CTD inrith Doctor
        Defendant(s) ~~Dilyia Burlutcanil~~ prime Minister of Italy, Roman Billionai

      3.   Court: (If federal, name the district; if state, name the county.) ~~Houston TX, Harrith Souther~~

      4.   Cause number: 4:22-CV-03741

      5.   Name of judge to whom case was assigned: MAGISTRSi/judge Lake $imits

      6.   Disposition: (Was the case dismissed, appealed, still pending?) ~~ORDERED~~ Legal Fiction.

      7.   Approximate date of disposition: Oct 31st 2022 Black Adam · Take off Died (6)Daze Later iN Houston @ final judgement off prseedin where "I Claiming to be Multi Billionair Knight Byink, Byli Liscense Are MArRied iN Texas to Cardii B'"...

II.   PLACE OF PRESENT CONFINEMENT: West Tx Hustletown Sheltered facility
8662 peach Ave Re-entry prg
Lubbock Tx, 79404

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ___ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Planiff partii#: Inhabitant# Occupant# /Native Americana#,
partitioner# in Fisher# By Trillion Dollar ##set#. ie / World WIDE #undakit
Claiming ##ate## #o Re-Finance and Configure Money, Business Management.

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Vladimir Putin Prime minister of Russia. B&B penal #re
#nb##t prime Value (#)
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Reconciled, negotiation# With the wrong partii, Any partii but me.

Defendant #2: The Partii District of Columbia and her 42 STATE# ... U.#.
Democrat # Republican in Recievership Board rel.
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you
Reconciled, In a partition#ct Claim #ining partii# without proper Connection.

Defendant #3: Attorney General Ken Paxton of the State of Texxxa#.
Zoning Major Claim# Court for injury.
Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
UNDER Fed Tort Claim 1947 Damage # Severinjury By Act#of G#d.

Defendant #4: joe Biden # Donald Trump C#piracy Committ#ty; the election
# Debatacle of 2019, 2020. Million# lost Dead or in Prison by: Malpractice
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Action# By Recievership # Voting Right# Act Voting Trut# that dismember# V.

Defendant #5: Kim K. ##C# District Attorney Head prosecator Harris# C#
Texxxa#
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
#TATE, Cla## Action# by Abusive #thority #o Embezzle 999 Trill/#N.
Bankrptcy NOTE: 20#4-2023, For C#er Note# By Ir#. using the law
# po#ition to profiteer During (#DA) Emergency

Rev. 05/15

## V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.  IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. your Complaint.

Rehitutition, Barr #leep Liquid a Dietary Supplement, Immune Health, #pt n##R# The erra of new Health, Care, and Treatment# Natural Cough + Syrup, used Nationally By #crew'ld up Click, Swisser House the M##t have Compassionate guild line# for invisible rentering, Federal Charge# # Covit-19 Disease group#, Now Since the indictment by N.Y #TATE official# of The Donald Trump 36 Time# just in N.Y. Have a B#ND Secure adjustment range that adjust Claim#: Cause National STATE #GENCE# Cause: FRAUD; Infirmary#, Hospital#, Care Center# and Clinixxx use Lethal Force By State Law recorded By Trust in the intentional phantom of the World # Genocide. Sickne: # reation'D Debatchary By ministry in 40t# We Heal y#u #erve. G#D √ Trump

Trumpet(t)

## VI.   RELIEF:

State briefly exactly what you want the court to do for you.   Make no legal arguments.  Cite no cases or statutes.

Compassionate Restitution By Claim # right Inter Commerce #swee# STAKE# Consideration# please, In All Way# Be Mine   —— B. E. Hand 7 mill Bellman

## VII.   GENERAL BACKGROUND INFORMATION:

A.   State, in complete form, all names you have ever used or been known by including any and all aliases.

Legally #bund: Larry Hoover Jail Kite Magazine Maker of the First step Act releasing #Larry Hoover C# Defendant#: With Gov. Chris Christi N j the Buffellino# of N.Y spending 1.2B

B.   List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#TAKED Claim# = 1032828, 1144238, 1361647, 4774781, 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-SS I √ Demand aCcount # E#cheat

## VIII.   SANCTION#:

A.   Have you been sanctioned by any court as a result of any lawsuit you have filed?   ____YES ____NO

B.   If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1.   Court that imposed sanctions (if federal, give the district and division): GM# BM# absolute Tribi

   2.   Case number: 4774.A.7677

   3.   Approximate date sanctions were imposed: 04-07-81

   4.   Have the sanctions been lifted or otherwise satisfied?   ____YES  √ NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed?    ✓ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): USDC HS

#.22.3701  2. Case number: #22.CV03701 Brandon Bankxxxth √# Retp. Bilyid Burluskamii

3. Approximate date warning was issued: ? return my property $ 999 Trillion $ D( Nb.

Executed on: 04.17.23
DATE

*Sir*
*Brandon Bankxxxth Jhunde of j.D RB*

*Carolii B. Bankxxxth.*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS  $nijurned By: NONsnijnrn. In a Liquidation of flexing Dividends

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct. Legal fiction established by Jesuit Oath only Im Roman Catholicxxx .
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.   Exhausted Sick Vet?
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury. CoViD-19 office of Disease ADMIn Iwtrk for it on native Disast
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
　　　　　　　(Day)　　　　　　　　　　(month)　　　　　　　(year)

_____

_____
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

from the Brandon & Cardii B Bankxxx$ Owner$ of AmericA &
Value With-IN [23$ $TATE.] the BMF & GMZ.

After: HAND V$. Bush$cxvii $e$ 31$$. 2022. 4:22-Cv-$37$1 H-22-37$4
During Which Take $ff Died and Warning$ $f $anction Came $n
N$V. 31$$ 2$22. By U$DC($$). Texxxa$ $wn Billionaire Gang$te
Bankxxx$. N$w, Exp$$e$ Ru$$ian A$$a$$ination $n U.$ $$il,
'e Death $f Take $ff. The under dealinging $f Brittne$
Griner WNBA $tar relea$ed Fir$t By BGB t$ a penal
C$$ny N$v. 6$ 2$22 then a rtn H$me finally By: B.G.B.

        N$w the 23$ $tate'$ $wn B.G.B delve$ heavily
int$ the w$rld $f Dellu$i$nal, By rule$ $f M'Naughten
where the legal Te$t $f right & wr$ng Breatch term$
$f aquittal By definition $f in$anity and alot for the
U$E $f Award$, Settlement$, fund$, Navigated B$
Tru$t $wn up t$$ a Federal T$rt injury & $ever
damage 1947 Claim [withdrawal], Cau$e $f white slave
traffic xxx ACT$ [MANN ACT]... The 1933 $T$CK Exchange
C$n$pirat$ry all w$rld leader$ t$gether in a C$ld & H$t war
2-1$ Yr Corporate / Government B$uD.
        N$ $ne But BGB | BLM and w$rld $uper
MATE Can play harder than TYC$. 13 Billion Dollar$
a m$nth [punative, restitution, and Compassionate
Compen$ation] w$rld Leader and G$D Brandon Bankxxx$
need$.

T$ Y$u
TX $$uthern

                        playmate,
                    Dellu$i$nal Bankxxx$.
                    X

Mr. Sir Brandon Bankxxxt Hand LLB
Account # 1361647 477474
Correctional & Legal Institute
8602 peach Ave.
Lubbock, TX 79404

LUBBOCK TX  794
26 APR 2023  PM 1 L

United States Courts
Southern District of Texas
F I L E D
MAY 0 2 2023
Nathan Ochsner, Clerk of Court

Clerk Nathan.
United States District Court
Southern District of Texas
P. O. Box 61010
Houston TX 77208

04 23 23

Legal Mail
Rogatory letter. 77208 9999